# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LISA NEWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-0146-CV-W-GAF |
| | ) |
| CITICORP CREDIT SERVICES, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Stipulation for Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs.

                                              s/ Gary A. Fenner
                                              GARY A. FENNER, JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: February 27, 2007